■ In the Matter of INFANT X., Petitioner, v CHILDREN'S HOSPITAL OF BUFFALO, INC., Appellant-Respondent. BARBARA E. HANDSCHU, Respondent-Appellant. (Appeal No. 2.) [602 NYS2d 584] —Appeal unanimously dismissed without costs *(see, Chase Manhattan Bank v Roberts & Roberts,* 63 AD2d 566). Memorandum: We deem the cross appeal from the order to be from the subsequent order and judgment *(see, Hughes v Nussbaumer, Clarke & Velzy,* 140 AD2d 988). (Appeals from Order of Supreme Court, Erie County, Doyle, Jr., J.—Guardian Ad Litem Fees.) Present—Callahan, J. P., Green, Fallon, Boomer and Davis, JJ.